UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONNA HEDGES, on behalf of herself and all other persons similarly situated,

Plaintiff,

v.

HOLLYWOOD FASHION SECRETS, LLC,

Defendant.

26-CV-4696 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Pursuant to the Court's June 5, 2026 Order, the parties were to submit a joint letter within forty-five (45) days of service of the summons and complaint requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. *See* Dkt. 6. To date, no such letter has been filed. The parties are ordered to file said letter on or before October 23, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff is ordered to serve this Order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated: October 15, 2026
New York, New York

Ronnie Abrams
United States District Judge